In the Matter of Nicola Nican and Others.— Motion granted unless

appellant serves printed papers and points so that the case can be argued on February 27, 1912. Order to be settled on notice.